IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RICHARD SEALS                                                                                    PETITIONER

VS.                                                            CIVIL ACTION NO. 3:20cv414-CWR-FKB

BURL CAIN                                                                                      RESPONDENT

## REPORT AND RECOMMENDATION

This is a habeas action in which Richard Seals, formerly an inmate in the custody of the Mississippi Department of Corrections (MDOC), challenged the loss of 2,340 days of earned time resulting from a Rule Violation Report for escape.  Presently before the Court is the motion to dismiss [20] filed by Respondent.  In the motion and attachments, Respondent establishes that as a result of the filing of this action, MDOC officials determined that removal of the earned time had been in error.  MDOC restored Seals' earned time and released him from custody on November 9, 2020 due to the expiration of his sentence.  Accordingly, the undersigned recommends that the petition be dismissed as moot.

The parties are hereby notified that failure to file written objections to the proposed findings, conclusions, and recommendation contained within this report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the proposed factual findings and legal conclusions accepted by the district court.  28 U.S.C. § 636; Fed. R. Civ. P. 72(b); *Douglass v. United Services Automobile Ass'n*, 79 F.3d 1415, 1428-29 (5th Cir. 1996).

Respectfully submitted, this the 27th day of August, 2021.

s/ F. Keith Ball<br>
United States Magistrate Judge